## BOSTWICK v. BUCKLIN.
### No. 11507.

Court of Civil Appeals of Texas.
San Antonio.

June 6, 1945.

## BOSTWICK v. BUCKLIN.
### No. A–620.

Supreme Court of Texas.

Nov. 28, 1945.

Rehearing Denied Dec. 29, 1945.

Smallwood & Gibbon, of Harlingen, for appellant.

West & Hightower, of Brownsville, and P. F. Dominy, of San Benito, for appellee.

NORVELL, Justice.

Appellant has filed herein a motion to certify a question to the Supreme Court because of a conflict of decisions. Rule 462, Texas Rules of Civil Procedure. This motion is overruled, for, if there be a conflict of decisions, the Supreme Court has jurisdiction of this cause upon writ of error. Article 1728, Sec. 2, Article 1821, sec. 1, Vernon's Ann.Civ.Stats.; Travelers' Ins. Co. v. Barker, 125 Tex. 359, 80 S.W.2d 953; Duval v. Clark, 138 Tex. 186, 157 S.W.2d 626; Gulf Production Co. v. Warren, Tex.Civ.App., 99 S.W.2d 616; Freedman Packing Co. v. Harris, Tex.Civ. App., 160 S.W.2d 130.

Motion overruled.

Smallwood & Gibbon and Ronald Smallwood, all of Harlingen, for petitioner.

P. F. Dominy, of San Benito, and West & Hightower and R. A. Hightower, all of Brownsville, for respondent.

ALEXANDER, Chief Justice.

Petitioner complains of the refusal of the Court of Civil Appeals to reverse the judgment of the trial court because of the failure of the trial judge to file findings of fact within the time required by the rules.

The case was tried before the court without a jury, and judgment was rendered for the defendant on conflicting evidence. The judgment was rendered on November 9, 1944, but was not entered in the minutes until November 22, 1944. No motion for new trial was filed. Notice of appeal was